


# MEMORANDUM

███████████████████

**To:** U.S. District Judge Richard L. Voorhees

**From:** R. Scott Lunsford
U.S. Probation Officer

**Re:** Theodore Roosevelt Clark, III
Docket No.: 5:02CR33-05-V
Request for Item to be Destroyed

**Date:** September 1, 2005

---

On October 20, 2003, Theodore Roosevelt Clark, III appeared before Your Honor for the offense of Conspiracy to Possess with Intent to Distribute Quantities of Cocaine, Methamphetamine and Marijuana. At that time, defendant was sentenced to twelve months plus one day imprisonment with three years supervised release to follow. Prior to defendant Clark being sentenced, he was found to be in possession of the following items on August 28, 2002; 22 semi-automatic handgun (fully loaded with eight rounds); 30/30 Marlin (rifle); 20 gauge Revelation (shotgun); scales; gun case and magazine with fourteen 9 mm rounds.

On December 5, 2003, all aforementioned items were ordered by Your Honor to be placed in the custody and control of the U.S. Probation Office for firearms and safety training and to be modified by armorer so that the weapons were nonfunctional and would be used for familiarization only.

It is now requested that the aforementioned gun case and magazine containing 9 mm rounds be ordered destroyed. Should Your Honor concur with my recommendation, please sign the Order which is included in this memo, and return same to my office so it can be filed with the Clerk of Court.

Thank you for your attention to this matter, and should Your Honor have any questions, please contact my office at 704-883-1035.

**RECEIVED**

SEP - 8 2005

U.S. PROBATION OFFICE
STATESVILLE, NC

Pursuant to the above report, it is ordered that the aforementioned items be destroyed.

Dated this the _____ day of _____, 2005.

Richard L. Voorhees
U.S. District Court Judge