UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| UNITED STATES OF AMERICA | ) | Docket Number |
| | ) | 5:02CR33-5 |
| vs. | ) | |
| | ) | ORDER TO DESTROY |
| Theodore Roosevelt Clark, III | ) | SEIZED PROPERTY |

This matter is before the Court upon request of the probation office for destruction of the seized firearms (Phoenix Arms .22 caliber semi-automatic pistol (serial #4056949), Marlin .30 caliber rifle (serial #13013714), and a Revelation .20 gauge shotgun (model #30AS)) in the above captioned case.

IT IS, THEREFORE, ORDERED that the request to destroy the seized property is hereby GRANTED.

Richard H. Voorhees
United States District Court Judge

7-3-06
Date

FILED
STATESVILLE, N.C.
JUL 7 2006
U.S. DISTRICT COURT
W. DIST. OF NC